

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00059-CV

| | | |
|---|---|---|
| MARILYN MAILLOUX, Appellant | § | On Appeal from County Court at Law No. 2 |
| | § | of Denton County (CV-2019-00977) |
| V. | | |
| | § | October 29, 2020 |
| KJ ENVIRONMENTAL MANAGEMENT, INC., Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's summary judgment. It is ordered that the trial court's summary judgment is affirmed.

It is further ordered that appellant Marilyn Mailloux shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack